WRIGHT, FINLAY & ZAK, LLP
Bradley T. Wibicki, Esq.
Nevada Bar No. 11321
Yanxiong Li, Esq.
Nevada Bar No. 12807
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
yli@wrightlegal.net
Attorneys for *Plaintiff, Wells Fargo Bank, N.A., as Trustee for Park Place Securities, Inc., Asset-Backed Pass-Through Certificates, Series 2005-WLL1*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| WELLS FARGO BANK, N.A., AS TRUSTEE FOR PARK PLACE SECURITIES, INC., ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES 2005-WLL1,<br><br>Plaintiff,<br><br>vs.<br><br>SIDNEY E. CALKINS; MARY E. CALKINS; RAINBOW BEND HOMEOWNERS ASSOCIATION; KERN & ASSOCIATES, LTD.<br><br>Defendants.<br><br>AND RELATED MATTERS | Case No.: 3:17-cv-00375-MMD-WGC<br><br>**RENEWED JOINT STIPULATION FOR DISMISSAL OF ALL REMAINING CLAIMS WITH PREJUDICE** |

Plaintiff Wells Fargo Bank, N.A., As Trustee For Park Place Securities, Inc., Asset-Backed Pass-Through Certificates, Series 2005-WLL1 ("Wells Fargo"), by and through its counsel, Bradley T. Wibicki, Esq. and Yanxiong Li, Esq. of the law firm of Wright Finlay Zak, LLP; Defendant Rainbow Bend Homeowners Association ("HOA"), by and through its counsel, Holly S. Parker, Esq. and Ryan W. Leary, Esq. of the law firm of Laxalt & Nomura, Ltd.; and Defendants/Counterclaimants Sidney E. Calkins and Mary E. Calkins ("Calkins"), by and through their counsel, Carole M. Pope, Esq. of the Law Office of Carole M. Pope, P.C. (collectively, the "Parties") hereby jointly submit this renewed stipulated resolution and request for dismissal with prejudice of all remaining claims in this action.

1

Specifically, the Parties desire to renew the portion of the Joint Stipulated Judgment and Order of Dismissal of All Remaining Claims [ECF No. 48] dismissing all claims and defenses asserted by and/or against Wells Fargo, HOA, and Calkins with prejudice that the Parties stipulated to withdraw via their Joint Stipulation/Request For Partial Withdrawal [ECF No. 50], which this Court approved on February 19, 2019 [ECF No. 51].

**IT IS SO STIPULATED.**

| | |
|---|---|
| **WRIGHT, FINLAY & ZAK, LLP** | **LAXALT & NOMURA, LTD**. |
| /s/ Yanxiong Li, Esq. | /s/ Ryan W. Leary , Esq. |
| Yanxiong Li, Esq. (NV Bar No. 12807) | Holly S. Parker, Esq. (SBN 10181) |
| 7785 W. Sahara Ave., Suite 200 | Ryan W. Leary, Esq. (SBN 11630) |
| Las Vegas, NV 89117 | 9790 Gateway Drive, Suite 200 |
| *Attorney for Wells Fargo Bank, N.A., as Trustee for Park Place Securities, Inc., Asset-Backed Pass-Through Certificates, Series 2005-WLL1* | Reno, NV 89521 *Attorney for Defendant, Rainbow Bend Homeowners Association* |

**THE LAW OFFICE OF CAROLE M. POPE**

/s/ Carole M. Pope, Esq.
Carole M. Pope, Esq. (SBN 3779)
301 Flint St.
Reno, NV 89501
*Attorney for Defendants, Sidney E. Calkins and Mary E. Calkins*

## ORDER

Based upon the foregoing Stipulation by and between the Parties, and good cause appearing, IT HEREBY ORDERED that all claims and defenses asserted by and/or against Wells Fargo, HOA, and Calkins shall be dismissed **with prejudice**, with each Party to bear its own attorney's fees and costs incurred in this litigation and settlement.

DATED: May 23, 2019

_____
DISTRICT COURT JUDGE